**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-4309**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BERNARD THOMPSON,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Joseph F. Anderson, Jr., District Judge.  (CR-96-15)

---

Submitted:  October 7, 1997          Decided:  October 28, 1997

---

Before MURNAGHAN and HAMILTON, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Herbert W. Louthian, LOUTHIAN & LOUTHIAN, Columbia, South Carolina, for Appellant.  Marshall Prince, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Bernard Thompson pleaded guilty to conspiracy to possess with intent to distribute cocaine base and distribution of cocaine base in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A) (1994) and was sentenced to ninety-seven months imprisonment. On appeal, Thompson contends that during sentencing the court improperly denied him a downward departure for his cooperation with the Government because the information he provided was not useful. Thompson's attorney has filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967), asserting that there are no meritorious issues for appeal. Thompson was notified of his right to file an additional brief, but has not done so. We affirm.

Thompson's claim has no factual basis. Our review of the transcripts of the sentencing hearing discloses that the court granted the Government's oral motion to allow Thompson a two-level downward departure in his sentence for his cooperation and sentenced Thompson accordingly. We therefore find Thompson's claim meritless.

In accordance with Anders, we have examined the entire record in this case and find no reversible error. We therefore affirm the conviction and sentence. This court requires that counsel inform his client in writing of his right to petition the Supreme Court of the United States for further review. If the client requests that a petition be filed, but counsel believes that such a petition would be frivolous, then counsel may move in this court for leave to withdraw from representation. Counsel's motion must state that a copy thereof was served on the client. We dispense with oral

argument because the facts and legal contentions are adequately presented in the materials before the court, and oral argument would not aid the decisional process.

AFFIRMED